UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**LINDA GOROSPE,**

**Plaintiff,**
v.                                                          Case No.:  0:21-cv-60509-RKA

**STERLING INC.,**

**Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, LINDA GOROSPE, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, STERLING, INC., has been settled.

Dated this 3rd day of April, 2021.

> Respectfully submitted,
>
> /s/ Amanda E. Heystek
> **BRANDON J. HILL**
> Florida Bar Number: 0037061
> Direct Dial: 813-337-7992
> **AMANDA E. HEYSTEK**
> Florida Bar Number: 0285020
> Direct Dial: 813-379-2560
> **WENZEL FENTON CABASSA, P.A.**
> 1110 N. Florida Avenue, Suite 300
> Tampa, Florida 33602
> Main Number: 813-224-0431
> Facsimile: 813-229-8712
> Email: bhill@wfclaw.com
> Email: aheystek@wfclaw.com
> Email: aketelsen@wfclaw.com
> **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of April, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Amanda Heystek
**AMANDA HEYSTEK**